UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| BENNIE L. GAMBLE, JR., | CIVIL ACTION NO. 5:13-270-KKC |
|---|---|
| Petitioner, | |
| V. | **ORDER** |
| DON BOTTOM, Warden, | |
| Respondent. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Report and Recommendation of Magistrate Judge Robert E. Wier (DE 4) recommending that this case be transferred to the Western District of Kentucky pursuant to Local Rule 3.2(b). Under Local Rule 3.2(b), a "state habeas corpus petition shall be assigned to the jury division that includes the court in which the challenged judgment, conviction or order was rendered." The petitioner, Bennie L. Gamble Jr., challenges his conviction in McCracken Circuit Court, which lies within the Paducah Division of the Western District of Kentucky. Magistrate Judge Wier noted in his recommendation that this is the third case filed by Gamble in the Eastern District, and the prior two cases were transferred from this district to the Western District.[1]

Accordingly, **IT IS ORDERED** that the Report and Recommendation (DE 4) is **ADOPTED** as and for the opinion of the Court, and this action shall be

---
[1] *See* Case No. 7:12-CV-76-ART; Case No. 7:11-CV-145-GFVT-JGW.

**TRANSFERRED** to the United States District Court for the Western District of Kentucky, Paducah Division. All further pleadings shall be filed in that division.

Dated this 11th day of December, 2013.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY